IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
In re:                        )
                              )
THE CHILDREN'S FUND,          )   Case No. 05 B 63894
                              )   (Chapter 11)
            Debtor.           )
_____)
                              )
THE CHILDREN'S FUND,          )
                              )
            Plaintiff,        )
                              )
   v.                         )   No.  06 C 4526
                              )
DAVID KINNARD, et al.,        )
                              )
            Defendants.       )
```

## MEMORANDUM ORDER

All of the named defendants in this action have filed a motion for withdrawal of the reference of Bankruptcy Case No. 06 A 00897 pursuant to 28 U.S.C. §157(d), and they have noticed up that motion for presentment at 9:15 a.m. August 31, 2006. From the Memorandum in support of the motion, it appears that the adversary action that is sought to be withdrawn is closely related to this District Court's Case No. 06 C 4119 now pending before this Court's colleague Honorable Robert Gettleman--indeed, the stated purpose of the proposed withdrawal is to seek what the Memorandum refers to as consolidation of the two cases (more precisely, reassignment of this action to Judge Gettleman's calendar, whether or not a formal consolidation takes place).

That being the case, counsel for defendants are urged to bring a motion for reassignment of this action on grounds of

relatedness before Judge Gettleman contemporaneously with the presentment to this Court of the motion for withdrawal--no reason for delaying the consideration of such reassignment appears to be called for.  Counsel for defendants are expected to apprise this Court of their action (or plans) in that respect at the time of the August 31 presentment.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 23, 2006